# Exhibit A

## DMCA Counter Notice | smiliebeanie.com

### 1. Shopify Merchant Contact Information

First Name: Rohit

Last Name: Sharma

Phone: 6479217353

Email: amar@epacificmall.com

Address: 2740 Slough Street

City: Mississauga

ZIP/Postal Code: L4T1G3

Country: Canada

State/Province: ON

### 2. Material(s) Subject to the Counter Notice

Report ID: a3691dd7-76fb-43ad-83a6-d1c25d10e598

https://smiliebeanie.com/collections/men-baseball-caps/products/unisex-tiger-animals-mesh-cotton-baseball-cap

https://smiliebeanie.com/collections/men-baseball-caps/products/unisex-eagle-animals-trucker-baseball-cap

https://smiliebeanie.com/collections/men-baseball-caps/products/unisex-animals-mesh-cotton-baseball-cap?variant=43079665778907

https://smiliebeanie.com/collections/men-baseball-caps/products/unisex-animals-trucker-baseball-cap?variant=43083746607323

https://smiliebeanie.com/collections/men-baseball-caps/products/unisex-shark-mesh-trucker-baseball-cap

https://smiliebeanie.com/collections/men-baseball-caps/products/unisex-animals-trucker-baseball-cap?variant=43083746640091

https://smiliebeanie.com/collections/men-baseball-caps/products/unisex-animals-mesh-cotton-baseball-cap?variant=43079665844443

https://smiliebeanie.com/collections/men-baseball-caps/products/unisex-animals-mesh-cotton-baseball-cap?variant=43079665877211

### 3. Shopify Merchant Declarations

I consent to the jurisdiction of the Federal District Court for the judicial district in which my address listed above is located or, if my address listed above is located outside of the United States, I consent to the jurisdiction of the Federal District Court for the District of Delaware.

I will accept service of process from the party who submitted the DMCA Infringement Notice referred to above or its agent.

I swear, under penalty of perjury, that I have a good faith belief that the affected material was removed or disabled as a result of a mistake or misidentification of the material to be removed or disabled and that I am the merchant subject to the DMCA Takedown Notice referred to above or I am authorised to act on behalf of that merchant.

I acknowledge that a copy of this counter notification, including my full name and contact information, will be provided to the party that submitted the DMCA Takedown Notice referred to above.

## 4. Electronic Signature

Rohit Sharma

# Exhibit B

FIND A STORE · FREE SHIPPING + RETURNS · CUSTOMER SUPPORT

 GOORIN BROS.

SHOP · DISCOVER · TRY AT HOME · OUTLET

 The Bull
 The Loyal Dog
 The Flirty Bird
 Hat Tape Pack
 Dean the Butcher
 Welfleet
 Acid Dog

THE FARM THE FARM THE FARM THE FARM THE FARM THE FARM THE FARM THE FARM THE FARM THE FARM

Home / The King Lion





## The King Lion

**$40**

or 4 interest-free payments of $10 with **afterpay** ⓘ

★★★★★ (59)    Read reviews  |  Write a review

An everyday trucker with enough attitude to add some expression to your fit. A little bit vain, but that's okay - you've got the warmth and charisma to back it up. Your presence is known... go on King. Fabric is subject to fading over time.

  

Size not selected

ONE SIZE

Size Guide
👁 405 views today!
🛍 105 bought in the last week!

select a **SIZE**    

select a **SIZE**

TRY up to 3 items at home for 5 days. ⓘ

1-Year Guarantee

---

**MATERIALS + SPECIFICATIONS**   ✕

**Fabric:** 57% polyester, 43% cotton
**Brim:** 2 1/2"
**Backstrap:** Snap
**Sweatband:** Poly blend
**Origin:** Made in China

---

**DESCRIPTION**   ⌄

---

**FREE SHIPPING + RETURNS***   ⌄

FIND A STORE                    FREE SHIPPING + RETURNS                    CUSTOMER SUPPORT



GOORIN BROS.

SHOP      DISCOVER      TRY AT HOME      OUTLET

 The Black Sheep
 The Bull
 The Queen Bee
 The Loyal Dog
 The Flirty Bird
 Hat Tape Pack
 Dean the Butcher

THE FARM   THE FARM   THE FARM   THE FARM   THE FARM   THE FARM   THE FARM   THE FARM   THE FARM   THE FARM

Home  /  The Panther





## The Panther
**$40**
or 4 interest-free payments of $10 with afterpay ⓘ

★★★★½ (74)    Read reviews  |  Write a review

Often times referred to as the Ninja Kitten, the panther is the purrrrfect piece to spring into action. The Panther, a Farm trucker baseball hat with a cotton sweatband. Fabric is subject to fading over time.

   

One Size selected

**ONE SIZE**

Size Guide
👁 2175 views today!
🛍 274 bought in the last week!

**add to CART** ♡

**TRY** *before you buy* **- $0**

TRY up to 3 items at home for 5 days. ⓘ

🛡 1-Year Guarantee

**COMPLETE** *the set*

**MATERIALS + SPECIFICATIONS** ✕

**Fabric:** 57% polyester, 43% cotton
**Brim:** 2 1/2"
**Backstrap:** Snap
**Sweatband:** Poly blend
**Origin:** Made in China

**DESCRIPTION** ⌄

**FREE SHIPPING + RETURNS*** ⌄

 **GOORIN BROS.**      SHOP   DISCOVER   TRY AT HOME   OUTLET

 The Fox   The Queen Bee   The Flirty Bird   The Loyal Dog   Hat Tape Pack   Dean the Butcher   Rooster Flex

THE FARM   THE FARM   THE FARM   THE FARM   THE FARM   THE FARM   THE FARM   THE FARM   THE FARM   THE FARM

Home / The Cock







## The Cock
**$40**
or 4 interest-free payments of $10 with afterpay ⓘ

★★★★½ (82)    Read reviews  |  Write a review

The rooster is known as a symbol of sexuality, resurrection, and observance. Everyone loves The Cock. Fabric is subject to fading over time.

 

Size not selected

ONE SIZE

Size Guide
👁 825 views today!
🏷 114 bought in the last week!

*select a* **SIZE**   ♡

*select a* **SIZE**

TRY up to 3 items at home for 5 days. ⓘ

1-Year Guarantee

### MATERIALS + SPECIFICATIONS  ✕

**Fabric:** 57% polyester, 43% cotton
**Brim:** 2 1/2"
**Backstrap:** Snap
**Sweatband:** Poly blend
**Origin:** Made in China

### DESCRIPTION  ⌄

### FREE SHIPPING + RETURNS*  ⌄



GOORIN BROS.        SHOP    DISCOVER    TRY AT HOME    OUTLET

      

The Fox        The Bull        The Black Sheep        The Queen Bee        The Flirty Bird        The Loyal Dog        Reefer Madness

THE FARM   THE FARM   THE FARM   THE FARM   THE FARM   THE FARM   THE FARM   THE FARM   THE FARM   THE FARM

Home / Farm Truckers / The White Tiger



## The White Tiger
$40

or 4 interest-free payments of $10 with afterpay ⓘ

★★★★★ (13)   Read reviews  |  Write a review

Don't try to tame the beast. We won't.
Show your wild side with The White
Tiger. Fabric is subject to fading over time.

 

One Size

**ONE SIZE**

Size Guide

👁 910 views today!

🏷 123 bought in the last week!

**add to CART**   ♡

**TRY before you buy - $0**

TRY up to 3 items at home for 5 days. ⓘ

🛡 1-Year Guarantee

**COMPLETE the set**

**MATERIALS + SPECIFICATIONS**   ✕

**Fabric:** 57% polyester, 43% cotton
**Brim:** 2 1/2"
**Backstrap:** Snap
**Sweatband:** Poly blend
**Origin:** Made in China

**DESCRIPTION**   ⌄

**FREE SHIPPING + RETURNS***   ⌄

 GOORIN BROS.

SHOP    DISCOVER    TRY AT HOME    OUTLET


The Black Sheep


The Boss


The Bull


The Wild Stallion


The Frenchie


Acid Sheep


The Baddest Boy

THE FARM   THE FARM   THE FARM   THE FARM   THE FARM   THE FARM   THE FARM   THE FARM   THE FARM   THE FARM

Home / Farm Truckers / Big Heat



## Big Heat
$50

or 4 interest-free payments of $13 with afterpay ⓘ

☆☆☆☆☆ (0)    |    Read reviews    |    Write a review

This one's a heavy hitter.



One Size selected

**ONE SIZE**

Size Guide

👁 655 views today!

🛍 136 bought in the last week!

**add to CART**    ♡

🛡 1-Year Guarantee

---

**MATERIALS + SPECIFICATIONS**    ✕

**Fabric**: 88% polyester, 10% wool, 2% spandex

**Brim**: 2 1/2"

**Backstrap**: Snap

**Sweatband**: Poly blend

**Origin**: Made in China

**DESCRIPTION**    ⌄

**FREE SHIPPING + RETURNS***    ⌄

# Exhibit C

 Search

 SmilieBeanie

Cart 

Home    Best Sellers    Goorin Bros    Women's Collection    Men's Collection    Children's Collection    About    Contact    Blog



50% off

# Trendy Embroidered Characters Trucker Baseball Cap

$19.99  $39.99    ★★★★★ (10)  ● In Stock

**Style**

| Shark | Elephant | Bugs Bunny | Wile E. Coyote |

| Daffy Duck (Green) | Chicken (Red & Blue) | Daffy Duck (Black) |

| Chicken (White) | Chicken (Black & White) |

**Quantity**

−  1  +

**Add To Cart**

AMEX   DINERS   DISCOVER   MasterCard   PayPal   VISA   JCB

🚚 Ships to: Washington   Delivered By: Monday, Oct 31

Order within 05 hrs 57 mins 13 seconds

Description    +

Care Instruction    +

Share  f  🐦  📌



10% Off Fall Essentials | Use Code: FALL10



Q Search

Cart

Home    Best Sellers    Goorin Bros    Women's Collection    Men's Collection    Children's Collection    About    Contact    Blog



50% off

# Trendy Embroidered Characters Trucker Baseball Cap

**$19.99**  ~~$39.99~~   ⭐⭐⭐⭐⭐ (10)  🟢 In Stock

---

Style

| Shark | Elephant | Bugs Bunny | Wile E. Coyote |

| Daffy Duck (Green) | Chicken (Red & Blue) | Daffy Duck (Black) |

| Chicken (White) | Chicken (Black & White) |

Quantity

−  1  +

**Add To Cart**

AMEX  DINERS  DISCOVER  MASTERCARD  PayPal  VISA  JCB

🚚  Ships to: **Washington**   Delivered By: **Monday, Oct 31**

Order within **05 hrs 59 mins 12 seconds**

---

Description                                            +

---

Care Instruction                                       +

---

Share  f  ✕  P

10% Off Fall Essentials | Use Code: FALL10

Search

SmilieBeanie

Cart

Home    Best Sellers    Goorin Bros    Women's Collection    Men's Collection    Children's Collection    About    Contact    Blog

50% off




## Trendy Embroidered Trucker Baseball Cap

**$19.99**  ~~$39.99~~   ★★★★★ (49)  ● In Stock

**Style**

| Wolf | Eagle | Tiger | Chicken |

**Color**

| ○ Red & Black | ○ White | ● Grey |
| ○ Red & Navy | ● Navy | ● Black |

**Quantity**

[ − ]  [ 1 ]  [ + ]

**Add To Cart**



AMEX  Diners  DISCOVER  MasterCard  PayPal  VISA  JCB

🚚 Ships to: **Washington**  Delivered By: **Monday, Oct 31**

Order within **05 hrs 58 mins 57 seconds**

Description                                              +

Care Instruction                                         +

Share  f  🐦  📌








Search

SmilieBeanie)

Cart

Home    Best Sellers    Goorin Bros    Women's Collection    Men's Collection    Children's Collection    About    Contact    Blog



50% off



## Trendy Embroidered Trucker Baseball Cap

$19.99  $39.99  ★★★★★ (49)  🟢 In Stock

**Style**

| Wolf | Eagle | Tiger | Chicken |

**Color**

| ⚪ Red & Black | ⚪ White | ⚫ Grey |
| ⚪ Red & Navy | 🔵 Navy | ⚫ Black |

**Quantity**

−  1  +

**Add To Cart**

AMEX   Diners   DISCOVER   MasterCard   PayPal   VISA   JCB

🚚 Ships to: Washington   Delivered By: Monday, Oct 31

Order within 05 hrs 59 mins 31 seconds

Description                                    +

Care Instruction                               +

Share  f  twitter  pinterest



10% Off Fall Essentials | Use Code: FALL10



🔍 Search

**SmilieBeanie)**

Cart 🛒

Home    Best Sellers    Goorin Bros    Women's Collection    Men's Collection    Children's Collection    About    Contact    Blog



**50% off**



## Unisex Animal Print Mesh Baseball Cap

**$19.99** ~~$39.99~~    🟢 In Stock

Style

| | | | |
|---|---|---|---|
| Pink Panda | Pink Cat | Pink Dog | Pink Squirrel |
| Pink Tiger | Beige Cat | Beige Lion | Beige Puppy |
| Beige Squirrel | Beige Tiger | Beige Wolf | |

Quantity

−   1   +

**Add To Cart**

AMEX · DINERS · DISCOVER · MasterCard · PayPal · VISA · JCB

🚚 Ships to: **Washington**   Delivered By: **Monday, Oct 31**

Order within **05 hrs 57 mins 55 seconds**

Description                                                             +

Care Instruction                                                       +

Share   f   🐦   📌





Search



Cart

Home    Best Sellers    Goorin Bros    Women's Collection    Men's Collection    Children's Collection    About    Contact    Blog



50% off



# Unisex Animal Print Mesh Baseball Cap

**$19.99**  ~~$39.99~~   ● In Stock

Style

| Pink Panda | Pink Cat | Pink Dog | Pink Squirrel |
| Pink Tiger | Beige Cat | Beige Lion | Beige Puppy |
| Beige Squirrel | Beige Tiger | Beige Wolf |

Quantity

−  1  +

**Add To Cart**

AMEX    DINERS    DISCOVER    MasterCard    PayPal    VISA    JCB

🚚 Ships to: **Washington**    Delivered By: **Monday, Oct 31**

Order within **05 hrs 58 mins 42 seconds**

Description                                        +

Care Instruction                                   +

Share    f    🐦    📌



10% Off Fall Essentials | Use Code: FALL10

Search


SmilieBeanie

Cart

Home    Best Sellers    Goorin Bros    Women's Collection    Men's Collection    Children's Collection    About    Contact    Blog

50% off



## Unisex Animal Print Mesh Baseball Cap

$19.99   ~~$39.99~~   ● In Stock

Style

| Pink Panda | Pink Cat | Pink Dog | Pink Squirrel |
| Pink Tiger | Beige Cat | Beige Lion | Beige Puppy |
| Beige Squirrel | Beige Tiger | Beige Wolf |

Quantity

[ − ]   [ 1 ]   [ + ]

**Add To Cart**

AMEX   DINERS   DISCOVER   MasterCard   PayPal   VISA   JCB

🚚  Ships to: Washington   Delivered By: Monday, Oct 31

Order within 05 hrs 59 mins 42 seconds

Description                                      +

Care Instruction                                 +

Share   f   🐦   📌





Search



Cart

Home    Best Sellers    Goorin Bros    Women's Collection    Men's Collection    Children's Collection    About    Contact    Blog



50% off



## Unisex Trucker Baseball Cap

**$19.99**  ~~$39.99~~  ★★★★★ (1)  🟢 In Stock

**Color**

| ⚫ Black | ⚪ White | 🟠 Orange |

**Quantity**

| − | 1 | + |

**Add To Cart**

Ships to: **Washington**   Delivered By: **Monday, Oct 31**

Order within **05 hrs 59 mins 44 seconds**

Description                                        +

Care Instruction                                   +

Share   f   t   p



🔍 Search

Cart 🛒

Home    Best Sellers    **Goorin Bros**    Women's Collection    Men's Collection    Children's Collection    About    Contact    Blog



## Trendy Embroidered Characters Trucker Baseball Cap

**$19.99**  ~~$39.99~~    ★★★★★ (10)  🟢 In Stock

### Style

| Shark | Elephant | Bugs Bunny | Wile E. Coyote |

| Daffy Duck (Green) | Chicken (Red & Blue) | Daffy Duck (Black) |

| Chicken (White) | Chicken (Black & White) |

### Quantity

−  1  +

**Add To Cart**

AMEX · Diners · DISCOVER · MasterCard · PayPal · VISA · JCB

🚚 Ships to: **Washington**   Delivered By: **Monday, Oct 31**

Order within **05 hrs 58 mins 21 seconds**

Description    +

Care Instruction    +

Share  f  𝕏  📌

# Exhibit D

**Registration #:**  VA0002192846
**Service Request #:**  1-7636401451

Benjamin Goorin
1890  Bryant St. Suite 208
San Francisco, CA 94110

**Registration Number**

# VA 2-192-846

**Effective Date of Registration:**
April 05, 2019
**Registration Decision Date:**
February 27, 2020

## Title

| | |
|---|---|
| **Title of Work:** | Freedom |
| **Nature of Claim:** | Embroidery |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2014 |
| **Date of 1st Publication:** | January 01, 2014 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Benjamin Goorin |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | No |
| **Citizen of:** | United States |
| **Anonymous:** | No |
| **Pseudonymous:** | No |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Benjamin Goorin |
| | 1890  Bryant St. Suite 208, San Francisco, CA, 94110 |

## Limitation of  copyright claim

| | |
|---|---|
| **Previously registered:** | No |

## Certification

| | |
|---|---|
| **Name:** | Benjamin Goorin |
| **Date**: | April 01, 2019 |

**Correspondence:**   Yes

**Registration #:** VA0002192866
**Service Request #:** 1-7636402004

Benjamin Goorin
1890 Bryant St, Suite 208
San Francisco, CA 94110

**Registration Number**

# VA 2-192-866

**Effective Date of Registration:**
April 05, 2019
**Registration Decision Date:**
February 27, 2020

## Title

| | |
|---|---|
| **Title of Work:** | Black Sheep |
| **Nature of Claim:** | Embroidery |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2014 |
| **Date of 1st Publication:** | January 01, 2014 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Benjamin Goorin |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | No |
| **Citizen of:** | United States |
| **Anonymous:** | No |
| **Pseudonymous:** | No |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Benjamin Goorin |
| | 1890 Bryant St, Suite 208, San Francisco, CA, 94110 |

## Limitation of copyright claim

| | |
|---|---|
| **Previously registered:** | No |

## Certification

| | |
|---|---|
| **Name:** | Benjamin Goorin |
| **Date**: | April 01, 2019 |

**Correspondence:**   Yes

**Registration #:**  VA0002192732
**Service Request #:**  1-7636401380

Benjamin Goorin
1890 Bryant St. Suite 208
San Francisco, CA 94110

**Registration Number**

# VA 2-192-732

**Effective Date of Registration:**
April 05, 2019
**Registration Decision Date:**
February 27, 2020

## Title

| | |
|---|---|
| **Title of Work:** | Floater |
| **Nature of Claim:** | Embroidery |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2017 |
| **Date of 1st Publication:** | January 17, 2017 |
| **Nation of 1ˢᵗ Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Benjamin Goorin |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | No |
| **Citizen of:** | United States |
| **Anonymous:** | No |
| **Pseudonymous:** | No |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Benjamin Goorin |
| | 1890 Bryant St. Suite 208, San Francisco, CA, 94110 |

## Limitation of copyright claim

| | |
|---|---|
| **Previously registered:** | No |

## Certification

| | |
|---|---|
| **Name:** | Benjamin Goorin |
| **Date**: | April 01, 2019 |

Page 1 of 2

**Correspondence:**   Yes

**Registration #:**   VA0002215752
**Service Request #:**   1-8254009972

ben goorin
1890 bryant st
san francisco, CA 94110 United States

Registration Number

**VA 2-215-752**

**Effective Date of Registration:**
November 13, 2019
**Registration Decision Date:**
September 02, 2020

## Title

**Title of Work:** Stud

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** July 11, 2019
**Nation of 1ˢᵗ Publication:** United States

## Author

- **Author:** goorin bros
**Author Created:** 2-D artwork
**Work made for hire:** Yes
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** goorin bros
1890 Bryant st, San Francisco, CA, 94110, United States

## Rights and Permissions

**Organization Name:** goorin bros
**Address:** 1890 bryant st
san francisco, CA 94110 United States

## Certification

**Name:** ben goorin
**Date:** November 13, 2019

**Correspondence:**   Yes

**Registration #:** VA0002252031
**Service Request #:** 1-10098590154

Goorin Brothers
Ben Goorin
128 Shotwell St
San Francisco, CA 94103 United States

**Registration Number**

# VA 2-252-031

**Effective Date of Registration:**
January 22, 2021
**Registration Decision Date:**
May 20, 2021

## Title

| | |
|---|---|
| **Title of Work:** | R2003 Shark |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2018 |
| **Date of 1st Publication:** | January 10, 2018 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Goorin Brothers |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | GOORIN BROS INC.<br>128 Shotwell St, San Francisco, CA, 94103, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | GOORIN BROS INC.<br>- |
| **Address:** | 128 Shotwell St<br>San Francisco, CA 94103 United States |

## Certification

| | |
|---|---|
| **Name:** | Ben Goorin |

Page 1 of 2

**Date**:   January 22, 2021

**Registration #:**   VA0002237003
**Service Request #:**   1-10130292466

Goorin Brothers
Ben Goorin
128 Shotwell St
San Francisco, CA 94103 United States

Registration Number

**VA 2-237-003**

**Effective Date of Registration:**
February 01, 2021
**Registration Decision Date:**
February 10, 2021

## Title

**Title of Work:** R2147 Silver Tiger

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** January 14, 2019
**Nation of 1st Publication:** United States

## Author

- **Author:** GOORIN BROS INC.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** GOORIN BROS INC.
128 Shotwell St, San Francisco, CA, 94103, United States

## Rights and Permissions

**Organization Name:** GOORIN BROS INC.
-
**Address:** 128 Shotwell St
San Francisco, CA 94103 United States

## Certification

**Name:** Ben Goorin

**Date**:   February 01, 2021

---

**Correspondence:**   Yes

**Registration #:**   VA0002255909
**Service Request #:**   1-10532123551

Goorin Brothers
Ben Goorin
128 Shotwell St
San Francisco, CA 94103 United States

**Registration Number**

# VA 2-255-909

**Effective Date of Registration:**
June 04, 2021
**Registration Decision Date:**
June 23, 2021

## Title _____

|  |  |
|---|---|
| **Title of Work:** | R2065 Trout |

## Completion/Publication _____

|  |  |
|---|---|
| **Year of Completion:** | 2019 |
| **Date of 1st Publication:** | January 10, 2019 |
| **Nation of 1st Publication:** | United States |

## Author _____

|  |  |
|---|---|
| • **Author:** | GOORIN BROS INC. |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

## Copyright Claimant _____

|  |  |
|---|---|
| **Copyright Claimant:** | GOORIN BROS INC. |
|  | 128 Shotwell St, San Francisco, CA, 94103, United States |

## Rights and Permissions _____

|  |  |
|---|---|
| **Organization Name:** | GOORIN BROS INC. |
|  | - |
| **Address:** | 128 Shotwell St |
|  | San Francisco, CA 94103 United States |

## Certification _____

|  |  |
|---|---|
| **Name:** | Ben Goorin |

**Date**:   June 04, 2021

**Registration #:**   VA0002294123
**Service Request #:**   1-11139269382

Goorin Brothers
Ben Goorin
128 Shotwell St
San Francisco, CA 94103 United States

**Registration Number**

# VA 2-294-123

**Effective Date of Registration:**
January 28, 2022
**Registration Decision Date:**
April 06, 2022

## Title

| | |
|---|---|
| **Title of Work:** | R3175 Red "Queen" |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2021 |
| **Date of 1st Publication:** | March 01, 2021 |
| **Nation of 1ˢᵗ Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | GOORIN BROS INC. |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | GOORIN BROS INC.<br>128 Shotwell St, San Francisco, CA, 94103, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | GOORIN BROS INC. |
| **Address:** | -<br>128 Shotwell St<br>San Francisco, CA 94103 United States |

## Certification

| | |
|---|---|
| **Name:** | Ben Goorin |

**Date**:   January 28, 2022